IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAMMIE DAVIS,

     Plaintiff,                    No. 2:11-1719 KJM CKD

     vs.

DEVANLAY RETAIL GROUP, INC.,

     Defendant.                ORDER

_____/

     Plaintiff has filed an <u>ex parte</u> application for a protective order re: plaintiff's deposition. The deposition is currently noticed for August 1, 2012. Pursuant to the court's July 26, 2012 briefing order, defendant has filed opposition. The matter was submitted on the briefs. Upon review of the documents in support and opposition, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

     Plaintiff has failed to show good cause for issuance of a protective order. The court's scheduling order and amendments thereto (dkt. nos. 15, 19) do not preclude merit-based discovery at this time. The pendency of defendant's motion for summary judgment does not in the circumstances presented here warrant a temporary cessation of discovery. In addition, it does not appear that deposition questions directed to the merits of plaintiff's case, but which tangentially relate to the class certification issues, are precluded by the court's scheduling order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for protective order (dkt. no. 33) is denied. Plaintiff's deposition shall proceed forward on the date and at the place noticed by defendant.

Dated: July 30, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 davis.1719.sub